FITZGERALD v. EQUITABLE RESERVE FUND LIFE ASS'N.

(Common Pleas of New York City and County, General Term. June 27, 1889.)

For opinion on appeal, see ante, 837.

PER CURIAM. The application for leave to appeal to the court of appeals must be denied. We do not entertain any doubt of the correctness of the decision of the general term sought to be reviewed, and it appears to us from the affidavit submitted that an appeal would be a hardship to the respondent.

---

PLACE, Appellant, v. HAYWARD, Respondent.

(Superior Court of New York City, General Term. January 7, 1889.)

Appeal from judgment dismissing complaint entered upon the report of a referee.

Argued before SEDGWICK, C. J., and FREEDMAN and INGRAHAM, JJ.

Charles F. Wells, for appellant. J. K. Hayward, pro. se.

PER CURIAM. The facts of this case are so voluminous that justice cannot be done to them in a brief statement, and an extensive discussion of them, such as would be necessary if the attempt should be made to discuss them at length, involves an amount of labor wholly disproportionate to the benefits to be derived therefrom. We therefore content ourselves with this statement, viz.: The whole case has been carefully examined. It discloses no error in the admission or exclusion of evidence which constitutes ground for reversal. All the material facts found by the referee are supported by evidence, and no reasons appear why they, or any of them, should be disturbed. These facts support the principal conclusion of law, that the defendant is entitled to judgment dismissing the complaint with costs. There is no error in the referee's refusals to find. Upon full consideration of all the points raised, we can see no reason for interfering with the judgment. The judgment should be affirmed, with costs.

---

HESS v. HESS.

(Superior Court of New York City, General Term. March 14, 1889.)

Argued before SEDGWICK, C. J., and INGRAHAM, J.

No opinion. Judgment affirmed, with costs.

---

ASHLEY v. WHITNEY.

(Superior Court of New York City, General Term. May 6, 1889.)

Argued before FREEDMAN and O'GORMAN, JJ.

No opinion. Order affirmed, with $10 costs and disbursements.

---

FERRY v. MANHATTAN RY. CO.

(Superior Court of New York City, General Term. May 6, 1889.)

Argued before FREEDMAN and O'GORMAN, JJ.

No opinion. Judgment and order affirmed, with costs.

---

JUKES v. ENO.

(Superior Court of New York City, General Term. May 6, 1889.)

Argued before SEDGWICK, C. J., and FREEDMAN, J.

No opinion. Judgment and order affirmed, with costs.